**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
TODD M. FRIEDMAN SB#: 216752
  E-Mail: tfriedman@toddflaw.com
MEGHAN E. GEORGE SB#: 274525
  E-Mail: mgeorge@toddflaw.com
KELSEY L. KUBERKA SB#: 321619
  E-Mail: kkuberka@toddflaw.com
21550 Oxnard Street, Suite 780
Woodland Hills, CA, 91367
Telephone: 323.306.4234

Attorneys for Plaintiff
ALEJANDRINA ORTIZ

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
  E-Mail: Joseph.Lordan@lewisbrisbois.com
JONATHAN D. MARTIN, SB# 188744
  E-Mail: Jonathan.Martin@lewisbrisbois.com
CHERRYL A. MARANAN, SB# 320791
  E-Mail: Cherryl.Maranan@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant
BBVA USA (sued incorrectly herein as
"BBVA COMPASS FINANCIAL CORPORATION")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ALEJANDRINA ORTIZ, | CASE NO.  1:20-CV-00309-NONE-SKO |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER** |
| vs. | |
| BBVA COMPASS FINANCIAL CORPORATION; DOES 1-100, INCLUSIVE, AND EACH OF THEM, | **(Doc. 8)** |
| | Date:  June 2, 2020<br>Time:  09:30 a.m. |
| Defendants. | CTRM: #7 (6th Floor) – Appearance by Telephone |
| | Hon. Sheila K. Oberto |

1
**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER**

Plaintiff ALEJANDRINA ORTIZ ("Plaintiff") and Defendant BBVA USA ("Defendant"), by and through their counsel of record, hereby stipulate and respectfully request that this Court continue the Scheduling Conference set for June 2, 2020, by approximately 3 months, or to a date soon thereafter that is convenient for the Court.

The Parties are requesting the continuance due to the ongoing COVID-19 pandemic, which may continue to affect the parties' ability to conduct depositions and other discovery. To date, Los Angeles County remains under strict Stay-At-Home Orders which has significantly impaired the normal operations of Plaintiff's Counsel's office, located within Los Angeles County. The Order is expected to remain in place while COVID-19 continues to plague the County. The Parties anticipate they will be better able to provide exact dates for the discovery plan, timing for trial, and other related deadlines in 3 months.

**IT IS SO STIPULATED.**

DATED: May 29, 2020                     LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                                        By:  */s/ Kelsey L. Kuberka*
                                             Todd M. Friedman
                                             Meghan E. George
                                             Kelsey L. Kuberka
                                             Attorneys for Plaintiff
                                             ALEJANDRINA ORTIZ


DATED: May 29, 2020                     LEWIS BRISBOIS BISGAARD & SMITH LLP

                                        By:  */s/ Jonathan D. Martin*
                                             Joseph R. Lordan
                                             Jonathan D. Martin
                                             Cherryl A. Maranan
                                             Attorneys for Defendant
                                             BBVA USA

# ORDER

Pursuant to the parties' above stipulation (Doc. 8), and for good cause shown, the Mandatory Scheduling Conference currently set for June 2, 2020, is CONTINUED to **September 3, 2020, at 9:30 a.m.** before Magistrate Judge Sheila K. Oberto.  The parties SHALL file their joint scheduling report by no later than August 27, 2020.

IT IS SO ORDERED.

Dated:   **June 1, 2020**                                      /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE

LEWIS
BRISBOIS